PHILLIP A. TALBERT
United States Attorney
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**
SEP 0 6 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:16-SW-0579-CKD |
| APPROXIMATELY $168,916.55 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 483063304917, HELD IN THE NAMES OF AIZHEN LI AND YICHAO CHEN, | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| Defendant. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above captioned proceedings be and are hereby unsealed.

Date: 9-6-2017

EDMUND F. BRENNAN
United States Magistrate Judge

1